UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **ISAM BASHIRI,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CASE NO: 4:19-cv-00075** |
| | ) |
| **BIOMET ORTHOPEDICS, LLC;** | ) |
| **ZIMMER BIOMET HOLDINGS, INC.;** | ) |
| **BIOMET MANUFACTURING CORP.;** | ) |
| **and BIOMET U.S. RECONSTRUCTION,** | ) |
| **LLC,** | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, Isam Bashiri ("Plaintiff"), and the defendants, Biomet Orthopedics, LLC, Zimmer Biomet Holdings, Inc., Biomet Manufacturing LLC (incorrectly named Biomet Manufacturing Corp.), and Biomet U.S. Reconstruction, LLC ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

By:    /s/ *Alex Davis*
Dated: July 10, 2019

Brad Glide
TX Bar No.: 24045941
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77096
Phone: (713) 626-9336

Alex C. Davis
JONES WARD
*Pro Hac Vice Pending*
The Pointe
1205 E. Washington Street, Suite 111

By:    */s/ Tricia W. Macaluso*
Dated:    July 10, 2019

Tricia W. Macaluso
State Bar No. 24013773
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: (214) 855-8000
tricia.macaluso@nortonrosefulbright.com

| | |
|---|---|
| Louisville, Kentucky 40206<br>Phone: (502) 882-6000<br>Facsimile: (502) 587-2007<br>alex@jonesward.com<br><br>*Attorneys for Plaintiff* | Ruben I. Gonzalez (*pro hac vice*)<br>Heather Campbell Burgess (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Tel: (312) 212-6500<br>ruben.gonzalez@faegrebd.com<br>heather.burgess@faegrebd.com<br><br>*Attorney for Defendants* |