UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ISAM BASHIRI,<br><br>    Plaintiff,<br><br>v.<br><br>BIOMET ORTHOPEDICS, LLC; ZIMMER BIOMET HOLDINGS, INC.; BIOMET MANUFACTURING CORP.; and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>    Defendants. | ) ) ) ) ) CASE NO: 4:19-cv-00075 ) ) ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, Isam Bashiri ("Plaintiff"), and the defendants, Biomet Orthopedics, LLC, Zimmer Biomet Holdings, Inc., Biomet Manufacturing LLC (incorrectly named Biomet Manufacturing Corp.), and Biomet U.S. Reconstruction, LLC ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

US.125398769.01

By: /signature/      By: */s/ Heather Campbell Burgess*

Dated: January 2, 2020

Brad Glide
TX Bar No.: 24045941
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77096
Phone: (713) 626-9336

Dated: January 31, 2020

Ruben I. Gonzalez (*pro hac vice*)
Heather Campbell Burgess (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
Tel: (312) 212-6500
ruben.gonzalez@faegrebd.com
heather.burgess@faegrebd.com

*Attorney for Defendants*

Alex C. Davis *(admitted pro hac vice)*
Jones Ward
The Pointe, Suite 111
1205 East Washington Street
Louisville, KY 40206
(502) 882-6000
Alex@jonesward.com

*Attorney for Plaintiff*